**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jonathan Ramirez <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0515 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–18382–MBK | |

# Order of Discharge        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jonathan Ramirez

7/25/17                               **By the court:**   Michael B. Kaplan
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                   Case No. 17-18382-MBK
Jonathan Ramirez                                                         Chapter 7
          Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 1                  Date Rcvd: Jul 25, 2017
                               Form ID: 318                Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2017.
db             +Jonathan Ramirez,    325 Henry Street,    South Amboy, NJ 08879-1731
516786583      +AES/NCT,    PO Box 61047,    Harrisburg, PA 17106-1047
516786590      +Midland Funding LLC,    2365 Northside Dr 300,     San Diego, CA 92108-2709
516786591      +Mohela/Dept Ed,   633 Spirit Dr,    Chesterfield, MO 63005-1243
516786592      +Mohela/Dept Of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2017 22:35:02      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2017 22:34:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516786584      +EDI: AFNIRECOVERY.COM Jul 25 2017 22:18:00      AFNI,   PO Box 3097,
                 Bloomington, IL 61702-3097
516786585      +EDI: AMEREXPR.COM Jul 25 2017 22:18:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
516786586      +EDI: CAPITALONE.COM Jul 25 2017 22:18:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
516786587      +EDI: CHASE.COM Jul 25 2017 22:18:00      Chase Card,   PO Box 15298,    Wilmington, DE 19850-5298
516786588      +EDI: CITICORP.COM Jul 25 2017 22:18:00      Citicards,   PO Box6241,
                 Sioux Falls, SD 57117-6241
516786589      +EDI: IIC9.COM Jul 25 2017 22:18:00      I C System,   PO Box 64378,    Saint Paul, MN 55164-0378
516786593      +EDI: RMSC.COM Jul 25 2017 22:18:00      SYNCB/Sony Financial Svs,    PO Box 965036,
                 Orlando, FL 32896-5036
516786594       EDI: TFSR.COM Jul 25 2017 22:18:00      Toyota Motor Credit,    19001 S Western Ave,
                 Torrance, CA 90509
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John W. Hargrave    trustee@hargravelaw.com, jwh@trustesolutions.net
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```